[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

**FILED**
**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**September 14, 2005**
**THOMAS  K. KAHN**
**CLERK**

No. 04-16107
Non-Argument Calendar
_____

D. C. Docket No. 04-00013-CR-4-SPM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLINE DEMESYEUX,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(September 14, 2005)**

Before CARNES, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed appellate counsel for Carline Demesyeux in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Demesyeux's conviction and sentence are **AFFIRMED.**